UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT D. KORNAGAY,

Plaintiff,

v. Case No. 2:24-cv-980-SPC-NPM

SERGEANT RAMI TABIL, et al.,

Defendants.

---

**ORDER**

Before the Court in this civil rights case are five pending motions by Plaintiff Robert D. Kornagay, a Florida state prisoner acting *pro se*. They are motions to: (1) extend the deadline to complete discovery (Doc. 87); (2) compel discovery (Doc. 88); (3) withdraw three previously filed motions (Doc. 89); (4) amend the complaint (Doc. 90); and (5) withdraw "in part" that motion to amend (Doc. 91). No responses have been filed. The motions are addressed in turn below.

**1. Motion to Extend the Discovery Deadline (Doc. 87)**

Plaintiff's first motion, signed and dated August 28, 2026, seeks to extend the discovery deadline by 45 days. (Doc. 87). Plaintiff represents that Defendants do not oppose the motion. Plaintiff's motion is **GRANTED**. Further, all other unexpired scheduling deadlines will also be similarly

extended. Accordingly, the deadlines contained in the Scheduling Order (Doc. 64) are **EXTENDED** as follows: the discovery deadline shall be **October 26, 2026**; the deadline for the parties to meet and confer on settlement shall be **November 9, 2026**; the deadline for the parties to submit a joint report on their settlement meeting shall be **November 23, 2026**; the deadline for filing dispositive motions shall be **December 7, 2026**.

**2. Motion to Compel (Doc. 88)**

In a motion signed and dated September 1, 2026, Plaintiff seeks to compel responses to certain discovery requests, pursuant to Fed. R. Civ. P. 37. (Doc. 88). Specifically, the subjects of Plaintiff's motion are interrogatories he propounded to Defendants Tabil and Cadiz-Baez on April 6, 2026; requests for admission to Defendant Cadiz-Baez on April 9, 2026; and requests for production sent on April 6, 2026. (*Id.* at 1–2).

However, the Court entered an Opinion and Order on August 20, 2026, resolving ten pending motions, including ones raising issues related to this same discovery. (Doc. 83 at 18–21). That Opinion and Order allowed Defendants additional time to serve responses and additional documents. Plaintiff has since advised the Court that, because he was transferred to a different facility, he did not receive a copy of the Court's Opinion and Order until September 9, 2026. (*See* Doc. 91 at 1). Because his instant motion to compel was served prior to that date, it is not clear whether, or the extent to

which, any matters related to these discovery requests remain disputed. Therefore, Plaintiff's motion to compel (Doc. 88) is **DENIED WITHOUT PREJUDICE**. If Plaintiff still believes, in light of the Court's Opinion and Order and any subsequent discovery responses and production from Defendants, that Defendants' discovery responses are deficient, Plaintiff may file another motion.

**3. Motion to Withdraw Three Prior Motions (Doc. 89)**

In a motion signed and dated September 7, 2026 (Doc. 89), Plaintiff asks to withdraw three motions he filed previously: (1) a motion for leave to amend filed April 21, 2026 (Doc. 65); (2) an amended motion for leave to amend filed April 30, 2026 (Doc. 67); and (3) a motion to strike the amended motion for leave to amend, filed May 5, 2026 (Doc. 68).

Plaintiff does not explain why he wants to withdraw those three prior motions, but he states that they remain pending before the Court. However, they are not. Again, the Court's Opinion and Order of August 20, 2026, the Court resolved ten pending motions, including Plaintiff's motions filed as Documents 65, 67, and 68. (Doc. 83). The Court has already resolved the three motions that Plaintiff now asks to withdraw. Accordingly, his motion to withdraw these three prior motions (Doc. 89) is **DENIED as MOOT**.

**4. Motion for Leave to Amend (Doc. 90) and Motion to Withdraw Same "In Part" (Doc. 91)**

Finally, in another motion signed and dated September 7, 2026, Plaintiff again seeks leave to amend the complaint. (Doc. 90). He attaches a proposed amendment. (Doc. 90-1). However, in a related motion signed and dated September 18, 2026, Plaintiff asks to withdraw that motion for leave "in part." (Doc. 91). Specifically, Plaintiff asks to withdraw his request for leave except insofar as he seeks to amend Counts Four and Five of his proposed amendment. (*Id.*)

The motion to withdraw "in part" (Doc. 91) is **GRANTED**. However, insofar as Plaintiff still seeks leave to amend, the Court notes that its Opinion and Order entered August 20, 2026, has already granted Plaintiff leave to amend to supplement and otherwise present certain claims but not others. (*See* Doc. 83 at 4–16). Plaintiff still has not filed an amended complaint pursuant to that leave. It is not entirely the extent to which Plaintiff's newest motion seeks leave beyond that already authorized. The Court believes the best course at this point is to simply order Plaintiff to file a formal amended complaint pursuant to the leave already granted by the Court's prior Opinion and Order. To the extent Plaintiff's instant motion (Doc. 90) might contemplate amendment to supplement or present allegations or claims not

specifically precluded by the terms of the prior Opinion and Order, it is **GRANTED**. The motion is otherwise **DENIED**.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Robert Kornagay's unopposed motion to extend the deadline to complete discovery by 45 days is (Doc. 87) is **GRANTED**. That and all other unexpired deadlines in the Scheduling Order (Doc. 64) are extended as set forth in this Order.
2. Plaintiff's motion to compel discovery (Doc. 88) is **DENIED WITHOUT PREJUDICE**.
3. Plaintiff's motion to withdraw three previously filed motions (Doc. 89) is **DENIED AS MOOT**.
4. Plaintiff's motion for leave to amend (Doc. 90) is **GRANTED IN PART AND DENIED IN PART**, as set forth in this Order.
5. Plaintiff is **ORDERED** to file an Amended Complaint **on or before October 22, 2026**. Plaintiff is reminded that such amendment shall be consistent with the leave granted by the Court's prior Opinion and Order entered August 20, 2026 (Doc. 83) and by this Order.
6. Plaintiff's motion to withdraw "in part" his motion for leave to amend (Doc. 91) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida, on October 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-3
Copies: All Counsel and Parties of Record